

# THE THIRTEENTH COURT OF APPEALS

13-13-00453-CV

GUILLERMO R. PECHERO, M.D.
v.
AGUSTIN GARCIA AND RONALD JACKSON

On Appeal from the
County Court at Law No 1 of Hidalgo County, Texas
Trial Cause No. CL-10-2331-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and the cause remanded to the trial court. The Court orders the judgment of the trial court SET ASIDE and the cause REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 16, 2105